UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 21- 553 |
| | ) | (W.D.TX.No.EP:21-M-01504-LS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| JOSE JAIME LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged: (by Indictment)

Count 1: Conspiracy to Possess Controlled Substance with intent to distribute - specifically methamphetamine, 50+ grams

Count 2: Possession of methamphetamine with intent to distribute (50+ grams)

Date of Detention Hearing:   October 12, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The pending charges are serious, and carry significant maximum penalties.

(2) The nature of the charges in the Indictment gives rise to a rebuttable presumption of detention. Defendant has, thus far, offered virtually nothing to rebut that presumption.

(3) He has served in the U.S. Marines since 2018, and is scheduled for discharge in five days. At this time, he has no confirmed plans either for future employment or for a place of residence.

(4) He has no known ties to the Western District of Washington. More importantly, the extent of his ties to the Western District of Texas were not clear at the time of this hearing.

(5) The information before this court strongly supports the entry of an order of detention. But this court defers to the court in the Western District of Texas, where the charges are pending. This order is without prejudice to an opportunity for defendant to move to reopen in that court, if he makes the showing required by the statute; and to the discretion in that court to reconsider the detention determination.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of October, 2021.

_____
John L. Weinberg
United States Magistrate Judge